No. 6598.—Muñoz Díaz, aplte., *v.* Solá Colón, apldo.—C. D. Humacao. Abril 4, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, esta apelación fué interpuesta el 6 de febrero de 1934;

Por cuanto, en 16 de marzo siguiente nos presentó moción el apelado para que desestimemos esa apelación;

Por cuanto, uno de los motivos alegados para la desestimación es que la apelación no fué notificada al abogado del apelado;

Por cuanto, aparece de la transcripción de los autos que ha sido presentada en este caso que la apelación fué notificada por correo a dicho abogado;

Por cuanto, el otro motivo para la desestimación es que la transcripción de los autos no ha sido presentada en este tribunal dentro de los treinta días siguientes a haber sido interpuesta la apelación;

Por cuanto, si bien es cierto que la transcripción de los autos ha sido radicada en este tribunal dos días después de vencida la prórroga que hasta el 21 de marzo le concedió a tal fin la corte inferior, es tan pequeño ese retraso que no desestimaremos la apelación por ese motivo, teniendo en cuenta también la justificación que para el mismo se hace (*Cruz Vda. de Iglesias* v. *Municipio de San Juan*, 39 D.P.R. 395) ;

Por tanto, no ha lugar a la desestimación solicitada.

No. 6586.—Atiles Moréu, apldo., *v.* Manescau y Zapata, apltes. —C. D. Ponce. Enero 24, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, interpuesta apelación en este caso en noviembre 24, 1933, se optó por tramitarla mediante transcripción del taquígrafo ; y

Por cuanto, a instancias del taquígrafo la Corte sentenciadora el 5 de diciembre último ordenó al apelante que consignara dentro del plazo de veinte días la suma de doscientos dólares para responder de sus honorarios, sin que la consignación se hiciera, ni se solicitara prórroga alguna para radicar la transcripción;

Por tanto, habiendo vencido con exceso el término dentro del cual debió archivarse el récord en esta Corte Suprema, sin que así se hiciera, debe declararse y se declara con lugar la moción de la parte apelada vista el 22 de enero actual y en su consecuencia se desestima, por abandono, el recurso.